UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SUZANN HERR, | Civil No. 08-1158 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| FNBN I, LLC, AND PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

_____

Prentiss Cox, **UNIVERSITY OF MINNESOTA LAW SCHOOL**, 229 19th Avenue South, Suite 190, Minneapolis, MN 55455, for plaintiff.

Alan Maclin and Eric Rucker, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendants.

Based upon the stipulation for dismissal with prejudice entered into by Plaintiff Suzann Herr and Defendants FNBN I, LLC and Private National Mortgage Acceptance Company, LLC [Docket No. 35], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost ordered by this Court to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

DATED: June 2, 2009
at Minneapolis, Minnesota.

                                                                                s/John R. Tunheim
                                                           JOHN R. TUNHEIM
                                                 United States District Judge